(No. 36531.—

THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* DOLORES RAUSCHENBERG *et al.*, Plaintiffs in Error.

*Opinion filed Nov. 30, 1961.—Rehearing denied Jan. 22, 1962.*

JULIUS L. SHERWIN and THEODORE R. SHERWIN, both ᵒ Chicago, for plaintiff in error.

512

WILLIAM G. CLARK, Attorney General, of Springfield, and WILLIAM J. BAUER, State's Attorney, of Wheaton, (FRED G. LEACH, Assistant Attorney General, and DONALD J. HENNESSY, Assistant State's Attorney, of counsel,) for the People.

Mr. JUSTICE HOUSE delivered the opinion of the court:

Dolores Rauschenberg and Frank Kreigl, two of three defendants, were convicted of resisting an officer in the county court of Du Page County. Their motions for a new trial and in arrest of judgment were overruled, and judgments were entered on the verdicts. They sued out a writ of error to the Appellate Court, Second District, which affirmed the judgment of the county court. (29 Ill. App. 2d 293.) They are here on a further writ of error to review their conviction.

Each of defendants' assignments of error in this court were fully considered and resolved adversely to them in the Appellate Court. We concur with the determination of the Appellate Court, and its opinion is adopted as the opinion of this court.

*Judgment affirmed.*